# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157976(41)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LARRY MAX LAWHEAD, JR.,
        Defendant-Appellant.

SC: 157976
COA: 338063
Calhoun CC: 2016-001394-FC

_____/

        On order of the Chief Justice, the motion of defendant-appellant to amend his application for leave to appeal is GRANTED. The amended application submitted on July 17, 2018, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk